# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2019

## NO. 03-19-00190-CV

**Mary McClellan, Appellant**

**v.**

**Johnson City Housing Authority, Appellee**

## APPEAL FROM THE COUNTY COURT OF BLANCO COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on December 13, 2018. The parties have filed an agreed joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, effectuating the parties' agreement, the Court grants the motion, vacates the trial court's judgment, dismisses the appeal, and dismisses the case in the trial court. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.